## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **JULIE BAIRD ALEXANDER,**     ) | |
|     ) | |
|     **Plaintiff**     ) | |
| **v.**     ) | **No. 2:11-cv-364-GZS** |
|     ) | |
| **FIRST WIND ENERGY LLC, et als.,**     ) | |
|     ) | |
|     **Defendants**     ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 51) filed February 28, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's Motion for Preliminary Injunction (Docket No. 2) is **DENIED**;

2. Plaintiff's Motion to Amend Complaint (Docket No. 35) is **DENIED**;

3. Defendant First Wind Energy LLC's Motion to Dismiss (Docket No. 18) is **GRANTED**;

4. Defendant Central Maine Power Company's Motion to Dismiss (Docket No. 21) is **GRANTED**;

5. Defendant Rumford Board of Selectmen's Motion to Dismiss (Docket No. 30) is **GRANTED**;

6. Defendant Central Maine Power Company's Motion for a More Definite Statement (Docket No. 21) is terminated as no further action is needed.

7.  Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**.


    /s/ George Z. Singal    \_\_
United States District Judge

Dated this 21st day of March, 2012.